L. Timothy Fisher (State Bar No. 191626)
   ltfisher@bursor.com
Emily A. Horne (State Bar No. 347723)
   ehorne@bursor.com
Ines Diaz Villafana (State Bar No. 354099)
   idiaz@bursor.com
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Attorneys for Plaintiffs
CASINA BUTLER and BENSON PAI

Dennis S. Ellis (State Bar No. 178196)
   dellis@ellisgeorge.com
Katherine F. Murray (State Bar No. 211987)
   kmurray@ellisgeorge.com
Serli Polatoglu (State Bar No. 311023)
   spolatoglu@ellisgeorge.com
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
BIC USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASINA BUTLER and BENSON PAI, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BIC USA INC.,<br><br>        Defendant. | Case No. 4:24-cv-02955-JST<br><br>**STIPULATION TO EXTEND TIME FOR BIC USA INC. TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:    May 21, 2024<br>Current response date:  June 11, 2024<br>New response date:    Aug. 12, 2024 |

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 6-1(a) and 7-
2 12, the undersigned counsel, on behalf of their respective clients, hereby stipulate to an
3 extension of time for Defendant BIC USA Inc. ("BIC") to respond to Plaintiffs Casina Butler
4 and Benson Pai's (together, "Plaintiffs") Complaint asserting claims for fraud, unjust
5 enrichment, negligent failure to warn and violations of California's Unfair Competition Law,
6 False Advertising Law and Consumer Legal Remedies Act (the "Complaint").
7  WHEREAS, on May 15, 2024, Plaintiffs filed the Complaint in the United States
8 District Court, Northern District of California;
9  WHEREAS, Plaintiffs served BIC with the Complaint on May 21, 2024;
10  WHEREAS, BIC's response to the Complaint is currently due on June 11, 2024;
11  WHEREAS, Plaintiffs and BIC agree that they and the Court will benefit from
12 additional time to address the issues raised in the Complaint;
13  WHEREAS, the extension of time contemplated herein will not alter the date of any
14 event or deadline already fixed by an order of this Court;
15  WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or
16 defenses available to the parties;
17  THEREFORE, Plaintiffs and BIC, by their respective counsel, stipulate and agree as
18 follows:
19  1. The deadline for BIC to respond to Plaintiffs' Complaint is extended to
20  August 12, 2024.
21  IT IS SO STIPULATED.

| | |
|---|---|
| DATED: June 5, 2024 | ELLIS GEORGE LLP<br>Dennis S. Ellis<br>Katherine F. Murray<br>Serli Polatoglu<br><br>By:     /s/ Serli Polatoglu<br>        Serli Polatoglu<br>Attorneys for Defendant<br>BIC USA INC. |
| DATED: June 5, 2024 | BURSOR & FISHER, P.A.<br>L. Timothy Fisher<br>Emily A. Horne<br>Ines Diaz Villafana<br><br>By:     /s/ L. Timothy Fisher<br>        L. Timothy Fisher<br>Attorneys for Plaintiffs<br>CASINA BUTLER and BENSON PAI |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the above signatories concur in the contents of this document and have authorized its filing.

Dated: June 5, 2024          /s/ Serli Polatoglu
                                         Serli Polatoglu