Serli Polatoglu (State Bar No. 311023)
  spolatoglu@ellisgeorge.com
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
Phone:  310-274-7100
Fax: 310-275-5697

*Attorneys for BIC USA, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASINA BUTLER and BENSON PAI, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>BIC USA INC.,<br><br>                    Defendant. | Case No.: 4:24-CV-02955-JST<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT AND [~~PROPOSED~~ ORDER]**<br><br>Judge:   Hon. Jon S. Tigar<br>Courtroom:  6<br>Complaint filed:  May 15, 2024<br>Trial Date:  None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following withdrawal and substitution of counsel on behalf of BIC USA, Inc.  Please withdraw former counsel of record:

Serli Polatoglu
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
310-274-7100
Fax: 310-275-5697
spolatoglu@ellisgeorge.com

and substitute with the following attorneys from the firm Hogan Lovells US LLP:

Trent Norris (State Bar No. 164781)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California  94111
Phone Number (415) 374-2365
Fax Number:  (415) 374-2499
trent.norris@hoganlovells.com

Lauren Colton (*pro hac vice application forthcoming*)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland  21202
Phone Number:  (410) 659-2733
Fax Number:  (410) 659-2701
lauren.colton@hoganlovells.com

All pleadings and other papers should be directed to the new counsel as set forth above.

DATED: June 18, 2024                    ELLIS GEORGE LLP


                                        */s/ Serli Polatoglu*
                                        Serli Polatoglu



                                        HOGAN LOVELLS LLP

                                        */s/ Trent Norris*
                                        Trent Norris

                                        Attorneys for Defendant
                                        BIC USA, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby attest pursuant to L.R. 5-1(i)(3) that I obtained concurrence in the filing of this document from each of the signatories on this e-filed document.

*/s/ Serli Polatoglu*
Serli Polatoglu

## ~~PROPOSED~~ ORDER

The above withdrawal and substitution of counsel is approved.

IT IS SO ORDERED.

DATED: June 25, 2024

_____
HON. JON S. TIGAR