# Exhibit 1



# New list of thousands of products with 'forever chemicals' in Maine includes BIC razors and floor finishes

By Lori Valigra  |  Mar. 6th, 2024                               K Send to Kindle

BIC razors and 3M Scotch restickable mounting squares are among the common household products containing PFAS chemicals that are sold in Maine, according to an analysis of industry reports made public on Tuesday.

Sixteen more manufacturers reported thousands of products to Maine officials since the beginning of this year. They add to the 41 companies made public in January that reported nearly 1,000 brand-name products sold with so-called "forever chemicals" in them. The products show a prevalence of the chemicals in common household cleaners, apparel and floor finishes.

Notable among the new companies filing is 3M Co., which reported to the state that it sold more than 20,000 products with intentionally added PFAS in the United States in 2021 and 2022, said Mike Belliveau, president of the Portland-based nonprofit Defend Our Health, which obtained and analyzed the records. Those products also are sold in Maine.

The products easily recognizable by Mainers include Command picture hangers, Scotch-Brite clean and prep scuff sponges, Scotchlite reflective tape, Scotch restickable mounting squares and Post-it Flex Write Surface sheets, he said. 3M has said it will stop producing PFAS chemicals and phase them out in all of its products by 2025.

Defend Our Health obtained the most recent and the January filings through a Freedom of Access Act public records request. The manufacturers filed their reports on PFAS before the Legislature extended the reporting deadline for Maine's first-in-the-nation reporting requirement to Jan. 1, 2025.

The man-made per- and poly-fluoroalkyl substances have been linked by health officials to a range of harmful health effects when consumed. PFAS chemicals are used in products from water-repellent clothing to nonstick cookware and some cosmetics. The chemicals have water-, heat- and grease-resistant properties. The so-called "forever chemicals" break down slowly in the environment and are linked to health issues including kidney cancer.

BIC razors contain PTFE, or polytetrafluoroethylene, commonly known as Teflon. The widely-used PFAS chemical lubricates the blade edge. Each BIC razor blade contains from 3 micrograms to 30 micrograms of PTFE, Joanne Carson, senior regulatory affairs manager at BIC, wrote in a letter to the Maine Department of Environmental Protection that was obtained in the records request. She wrote that razor blades from all manufacturers on the market use PTFE.

Other products made public on Tuesday include Bonakemi and Diversey floor finishes, Sterno canned heat and Epic Designers' men's work pants and vests that contain PFAS as a stain repellent.

The Legislature's environmental committee will discuss a controversial amendment to Maine's PFAS law in a session Thursday afternoon. It would amend the current law in several ways, including by adding exemptions for small companies employing 25 or fewer people to have to report selling products with added PFAS.

*Lori Valigra is an investigative environment reporter for the BDN's Maine Focus team. She may be reached at lvaligra@bangordailynews.com. Support for this reporting is provided by the Unity Foundation and donations by BDN readers.*

## More articles from the BDN