# Exhibit 6



Menu

# PFAS USE WIDESPREAD IN PRODUCTS SOLD IN MAINE, INDUSTRY REPORTS REVEAL

January 4, 2024 | In the News, Press Releases

### First-Ever Reports Reveal Use of 'Forever Chemicals' in Many Common Consumer Products

Hair spray, shampoo, cosmetics, school supplies, swim suits, gloves, dog treats, and cookware are among the nearly 1,000 brand-name products sold in Maine that contain PFAS, according to a first-ever analysis of industry reports submitted last year under a Maine law passed in 2021.

PFAS, the so-called 'forever chemicals,' threaten human health and the environment, with serious contamination discovered at more than 70 farms and 540 household drinking water wells in Maine, so far. Studies show that PFAS cannot be safely used in products without causing serious, long-lived pollution during their production, use, and/or disposal.

"Maine's PFAS in products law is working," said Sarah Woodbury, vice president of programs and policy for Defend Our Health, a nonprofit public health and social justice organization based in Portland, Maine. "Industry reporting has begun to identify brand-name products containing 'forever chemicals' that could expose you and your family in your home, or be washed down the drain or tossed in the trash, harming our health and the environment."

Before the Maine Legislature extended the reporting deadline (until January 1, 2025), more than sixty companies submitted information to the Maine Department of Environmental Protection (DEP) on products they sell in Maine that contain PFAS. Under a Freedom of Access Act request for public records, Defend Our Health obtained and analyzed [non-confidential data on PFAS in products submitted by forty-one of these companies](#).

"Reporting PFAS use is an essential first step to replacing these unnecessary and dangerous chemicals with safer alternatives," said Mike Belliveau, president and executive director of Defend Our Health. "Public reporting of PFAS use in specific products is already spurring manufacturers, policymakers and consumers to switch to safer substitutes."

At least seven companies told Maine DEP that they are actively working to reformulate their products to remove the PFAS ingredient they reported, including Rogue, IGK and Dose of Colors (personal care), IFS Coatings (coatings), Kinco (gloves), Heartland Farms (dog treats) and Rock Doctor (stone sealants).

More companies are expected to report additional products sold in Maine that contain PFAS by the revised deadline of January 1, 2025. Under Maine law, all uses of PFAS in products sold in the State must be phased out by January 1, 2030, unless a use is deemed to be "currently unavoidable," meaning it's both essential and lacks a reasonable alternative.

Both small and very large companies reported PFAS in products sold in Maine. The forty-one companies whose reports were reviewed ranged in size from 10 employees with $5 million in annual revenue to 233,000 employees with $62 billion in annual revenue.

Here is a list of the companies who publicly reported PFAS use in products sold in Maine. The product categories and some name-brand products containing PFAS include:

Apparel – PFAS in 64 products reported by 5 companies
Some brands:  Kinco gloves, Wells Lamont gloves, Mizuno swimsuits

Automotive products – PFAS in 45 products reported by 3 companies
Some brands:  Liquid Wrench penetrating oil, TiteSeal tire repair

Batteries – PFAS in 4 products reported by 1 company
Some brands: Duracell zinc-air and lithium batteries

Building products – PFAS in 51 products reported by 6 companies
Some brands: AquaMix Sealer's Choice, Polyken spray adhesive, ProBanners sound absorbers, Rock Doctor stone sealer, DuPont Froth-Pak and Styrofoam insulation

Electronic equipment – PFAS in 151 products reported by 2 companies
Some brands: OM Systems cameras, lenses and audio recorders; DNP photo printers

Home appliances – PFAS in 10 products reported by 3 companies
Some brands: Rowenta steam iron, Lifetime outdoor furniture, Panasonic refrigerators

Industrial products – PFAS in 12 products reported by 3 companies
Some brands: MicroCare cleaning fluids, Veolia water filtration, HDM wafer coating

Kitchen products – PFAS in 86 products reported by 5 companies
Some brands: Gastrolux and Bklyn non-stick cookware, Vortex air fryer, Wasara dishes

Office supplies – PFAS in 494 products reported by 2 companies
Some brands: Five Star school supplies, PLUS team-demi stationery kit

Personal care products – PFAS in 21 products reported by 5 companies
Some brands:  Anna Sui cosmetics, IGK Extra Love shampoo, R+Co BLEU hairspray, Dose of Colors eyeshadow, Hilco Vision lens cleaning wipes

Pesticides – PFAS in 50 products reported by 5 companies
Some brands:  Combat, Take Down, Gunslinger, Wisdom, BioAdvanced, Pedigree

Pet products – PFAS in 3 products reported by 1 company
Some brands:  Heartland Farms dog treats (packaging)

TOTAL – 41 companies have reported PFAS in 991 products sold in the State of Maine so far

**Become a Health Defender**
Sign up for updates and action alerts.

SIGN UP NOW

Newsletter Signup

Our Careers

Resources

Privacy Policy

Annual Reports

Terms of Use

Contact Us

   

Defend Our Health is a proud member of MaineShare, which supports our work through employee giving programs.

Search …