# Exhibit 8

🇺🇸 An official website of the United States government

🔍                                                                          MENU

**PFOA, PFOS and Other**          CONTACT US <https://epa.gov/pfas/forms/contact-us-about-pfoa-pfos-and-other-pfas>
**PFAS**

# Our Current Understanding of the Human Health and Environmental Risks of PFAS

## Per- and Polyfluoroalkyl Substances (PFAS) Are a Group of Manufactured Chemicals

> ### What EPA is Doing
>
> Learn what EPA is doing to address PFAS.
> <https://epa.gov/pfas/pfas-strategic-roadmap-epas-commitments-action-2021-2024>

PFAS are a group of manufactured chemicals that have been used in industry and consumer products since the 1940s because of their useful properties. There are thousands of different PFAS, some of which have been more widely used and studied than others.

Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS), for example, are two of the most widely used and studied chemicals in the PFAS group. PFOA and PFOS have been replaced in the United States with other PFAS in recent years.

One common characteristic of concern of PFAS is that many break down very slowly and can build up in people, animals, and the environment over time.

## PFAS Can Be Found in Many Places

PFAS can be present in our water, soil, air, and food as well as in materials found in our homes or workplaces, including:

- **Drinking water** – in public drinking water systems and private drinking water wells.
- **Soil and water at or near waste sites** - at landfills, disposal sites, and hazardous waste sites such as those that fall under the federal Superfund and Resource Conservation and Recovery Act programs.
- **Fire extinguishing foam** - in aqueous film-forming foams (or AFFFs) used to extinguish flammable liquid-based fires.  Such foams are used in training and emergency response events at airports, shipyards, military bases, firefighting training facilities, chemical plants, and refineries.

- **Manufacturing or chemical production facilities that produce or use PFAS** – for example at chrome plating, electronics, and certain textile and paper manufacturers.
- **Food** – for example in fish caught from water contaminated by PFAS and dairy products from livestock exposed to PFAS.
- **Food packaging** – for example in grease-resistant paper, fast food containers/wrappers, microwave popcorn bags, pizza boxes, and candy wrappers.
- **Household products and dust** – for example in stain and water-repellent used on carpets, upholstery, clothing, and other fabrics; cleaning products; non-stick cookware; paints, varnishes, and sealants.
- **Personal care products** – for example in certain shampoo, dental floss, and cosmetics.
- **Biosolids** – for example fertilizer from wastewater treatment plants that is used on agricultural lands can affect ground and surface water and animals that graze on the land.

# People Can Be Exposed to PFAS in a Variety of Ways

Due to their widespread production and use, as well as their ability to move and persist in the environment, surveys conducted by the Centers for Disease Control and Prevention (CDC) show that most people in the United States have been exposed to some PFAS. Most known exposures are relatively low, but some can be high, particularly when people are exposed to a concentrated source over long periods of time. Some PFAS chemicals can accumulate in the body over time.

Current research has shown that people can be exposed to PFAS by:

- Working in occupations such as firefighting or chemicals manufacturing and processing.
- Drinking water contaminated with PFAS.
- Eating certain foods that may contain PFAS, including fish.
- Swallowing contaminated soil or dust.
- Breathing air containing PFAS.
- Using products made with PFAS or that are packaged in materials containing PFAS.

# Exposure to PFAS May be Harmful to Human Health

Current scientific research suggests that exposure to certain PFAS may lead to adverse health outcomes. However, research is still ongoing to determine how different levels of exposure to different PFAS can lead to a variety of health effects. Research is also underway to better understand the health effects associated with low levels of exposure to PFAS over long periods of time, especially in children.

## What We Know about Health Effects

Current peer-reviewed scientific studies have shown that exposure to certain levels of PFAS may lead to:

- Reproductive effects such as decreased fertility or increased high blood pressure in pregnant women.
- Developmental effects or delays in children, including low birth weight, accelerated puberty, bone variations, or behavioral changes.
- Increased risk of some cancers, including prostate, kidney, and testicular cancers.
- Reduced ability of the body's immune system to fight infections, including reduced vaccine response.
- Interference with the body's natural hormones.
- Increased cholesterol levels and/or risk of obesity.

## Additional Health Effects are Difficult to Determine

Scientists at EPA, in other federal agencies, and in academia and industry are continuing to conduct and review the growing body of research about PFAS. However, health effects associated with exposure to PFAS are difficult to specify for many reasons, such as:

- There are thousands of PFAS with potentially varying effects and toxicity levels, yet most studies focus on a limited number of better known PFAS compounds.
- People can be exposed to PFAS in different ways and at different stages of their life.
- The types and uses of PFAS change over time, which makes it challenging to track and assess how exposure to these chemicals occurs and how they will affect human health.

# Certain Adults and Children May Have Higher Exposure to PFAS

## Adults

Some people have higher exposures to PFAS than others because of their occupations or where they live. For example:

- Industrial workers who are involved in making or processing PFAS or PFAS-containing materials, or people who live or recreate near PFAS-producing facilities, may have greater exposure to PFAS.
- Pregnant and lactating women tend to drink more water per pound of body weight than the average person and as a result they may have higher PFAS exposure compared to other people if it is present in their drinking water.

## Children

Because children are still developing, they may be more sensitive to the harmful effects of chemicals such as PFAS. They can also be exposed more than adults because:

- Children drink more water, eat more food, and breathe more air per pound of body weight than adults, which can increase their exposure to PFAS.
- Young children crawl on floors and put things in their mouths which leads to a higher risk of exposure to PFAS in carpets, household dust, toys, and cleaning products.

Breast milk from mothers with PFAS in their blood and formula made with water containing PFAS can expose infants to PFAS, and it may also be possible for children to be exposed in utero during pregnancy.  Scientists continue to do research in this area. Based on current science, the benefits of breastfeeding appear to outweigh the risks for infants exposed to PFAS in breast milk ⧉ <https://www.atsdr.cdc.gov/pfas/health-effects/exposure.html>. To weigh the risks and benefits of breastfeeding, mothers should contact their doctors.

# Where to Go for the Latest Information on PFAS

## Federal Government Resources

- U.S. Environmental Protection Agency (EPA) <https://epa.gov/pfas>
- Agency for Toxic Substances and Disease Registry (ATSDR) ⧉ <https://www.atsdr.cdc.gov/pfas/index.html>
- National Institutes of Health (NIH)  ⧉ <https://www.niehs.nih.gov/health/topics/agents/pfc/index.cfm>
- Food and Drug Administration (FDA) ⧉ <https://www.fda.gov/food/chemicals/and-polyfluoroalkyl-substances-pfas>
- United States Department of Defense (DOD) ⧉ <https://denix.osd.mil/dod-pfas/>
- United States Navy ⧉ <https://www.secnav.navy.mil/eie/pages/pfc-pfas.aspx>
- United States Air Force, Civil Engineering Center ⧉ <https://www.afcec.af.mil/whatwedo/environment/perfluorinated-compounds/>

> ### News Releases from EPA about PFAS
>
> Sign up to receive EPA's press releases and alerts on PFAS related topics.
>
> <https://epa.gov/newsroom>

## State Government Resources

- Association of State Drinking Water Administrators (ASDWA) ⧉ <https://www.asdwa.org/pfas/>
- Interstate Technology and Regulatory Council (ITRC) ⧉ <https://pfas-1.itrcweb.org/>
- Environmental Council of the States (ECOS) ⧉ <https://www.ecos.org/pfas/>
- Environmental Research Institute of the States (ERIS) ⧉ <https://www.eristates.org/projects/pfas-risk-communications-hub/>

## Information on How to Provide Input on Proposed Government Actions

Federal agencies are required to provide an opportunity for public comment when proposing a new regulation and must consider the comments in revising the proposal and issuing a final rule.  In carrying out our mission to protect human health and the environment, EPA develops regulations to prevent or to clean up hazardous chemicals released into our air, land, and water, some of which relate to PFAS.

> ### What is a Regulation?
>
> Under federal environmental laws, EPA and other federal agencies are authorized to

Commenting on a proposed regulation is an important opportunity to make your voice heard. It is a way for you to provide decisionmakers with key information on any or all aspects of the proposed action, including:

- Pointing out key issues in the proposed regulation that you or your community are concerned about,
- Offering additional data and scientific evidence that may not have been considered,
- Identifying factual errors, and
- Proposing alternative solutions.

help put those laws into effect by creating and enforcing regulations.

Regulations are mandatory requirements that can apply to individuals, businesses, state or local governments, non-profits, and others.

EPA's regulations will always be announced in the Federal Register and can be found at the following government websites: https://www.federalregister.gov/ ⧉ <https://www.federalregister.gov/>, and https://www.regulations.gov/ ⧉ <https://www.regulations.gov/>.

For some rules, EPA holds a public hearing where you can provide comments in person or remotely. The agency always accepts comments in writing. All comments – whether in person or written – get the same level of consideration. Below are additional resources to help you comment on EPA's proposed regulations related to PFAS.

- Learn how to get involved with EPA regulations <https://epa.gov/laws-regulations/get-involved-epa-regulations>.
- Read tips for submitting effective comments on EPA's proposed regulations <https://epa.gov/dockets/commenting-epa-dockets>.
- Watch a webinar on "Techniques and Skills for Providing Effective Input in the EPA Rulemaking Process." ⧉

PFAS Home <https://epa.gov/pfas>

**PFAS Explained**

**EPA's Current Understanding**

Increasing Our Understanding <https://epa.gov/pfas/increasing-our-understanding-health-risks-pfas-and-how-address-them>

Action Steps to Reduce Risk <https://epa.gov/pfas/meaningful-and-achievable-steps-you-can-take-reduce-your-risk>

EPA Actions to Address PFAS <https://epa.gov/pfas/key-epa-actions-address-pfas>

PFAS Strategic Roadmap <https://epa.gov/pfas/pfas-strategic-roadmap-epas-commitments-action-2021-2024>

Data and Tools <https://epa.gov/pfas/pfas-resources-data-and-tools>

State Information <https://epa.gov/pfas/us-state-resources-about-pfas>

Contact Us <https://epa.gov/pfas/forms/contact-us-about-pfoa-pfos-and-other-pfas> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON MAY 16, 2024



# Discover.

### Accessibility Statement
<https://epa.gov/accessibility/epa-accessibility-statement>

### Budget & Performance
<https://epa.gov/planandbudget>

### Contracting
<https://epa.gov/contracts>

### EPA www Web Snapshot
<https://epa.gov/utilities/wwwepagov-snapshots>

### Grants
<https://epa.gov/grants>

### No FEAR Act Data
<https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

### Plain Writing
<https://epa.gov/web-policies-and-procedures/plain-writing>

### Privacy
<https://epa.gov/privacy>

### Privacy and Security Notice
<https://epa.gov/privacy/privacy-and-security-notice>

# Connect.

### Data <https://epa.gov/data>

### Inspector General
<https://www.epaoig.gov/>

### Jobs <https://epa.gov/careers>

### Newsroom
<https://epa.gov/newsroom>

### Regulations.gov ⬈
<https://www.regulations.gov/>

### Subscribe
<https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

### USA.gov ⬈
<https://www.usa.gov/>

### White House ⬈
<https://www.whitehouse.gov/>

# Ask.

### Contact EPA
<https://epa.gov/home/forms/contact-epa>

### EPA Disclaimers
<https://epa.gov/web-policies-and-procedures/epa-disclaimers>

### Hotlines
<https://epa.gov/aboutepa/epa-hotlines>

### FOIA Requests
<https://epa.gov/foia>

### Frequent Questions
<https://epa.gov/home/frequent-questions-specific-epa-programstopics>

# Follow.



