Trenton H. Norris (Bar No. 164781)
Alexander Tablan (Bar No. 346309)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile:  (415) 374-2499
trent.norris@hoganlovells.com
alexander.tablan@hoganlovells.com

Lauren S. Colton (*Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile:  (410) 659-2701
lauren.colton@hoganlovells.com

*Attorneys for Defendant BIC USA INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASINA BUTLER and BENSON PAI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIC USA INC.<br><br>Defendant. | Case No. 4:24-cv-02955-JST<br><br>Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BIC USA INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Hearing Date: October 10, 2024<br><br>Time: 2:00 p.m.<br><br>Courtroom 6 – 2nd Floor |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on the Motion to Dismiss by Defendant BIC USA Inc. pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b). Upon consideration of the motion and papers submitted in support and opposition thereto, it is hereby ORDERED that the motion is GRANTED, and Plaintiffs' Complaint is DISMISSED for the reasons stated in Defendant's motion.

**IT IS SO ORDERED.**

Dated:

_____

Honorable Jon S. Tigar