**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            ehorne@bursor.com
            idiaz@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASINA BUTLER and BENSON PAI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BIC USA INC.,<br><br>Defendant. | Case No. 4:24-cv-02955-JST<br><br>**NOTICE OF PLAINTIFFS' INTENTION TO FILE THEIR FIRST AMENDED COMPLAINT**<br><br>Hon. Jon S. Tigar |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, please take notice Plaintiffs Casina Bulter and Benson Pai do not intend to oppose Bic's motion to dismiss filed on August 12, 2024 (ECF No. 23).  Instead, Plaintiffs intend to exercise their right to file an amended complaint pursuant to Federal Rule of Civil Procedure Rule 15(a)(1)(B).  Consistent with Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs will file their amended complaint by September 3, 2024.

Dated:  August 23, 2024              **BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
              ehorne@bursor.com
              idiaz@bursor.com

*Attorneys for Plaintiffs*