**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email:  ltfisher@bursor.com
          ehorne@bursor.com
          idiaz@bursor.com

*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASINA BUTLER and BENSON PAI, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiffs,<br><br>       v.<br><br>BIC USA, INC.,<br><br>                              Defendant. | Case No.: 4:24-cv-02955-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1     **TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

2 **RECORD:**

3     PLEASE TAKE NOTICE that, Pursuant to Federal Rule of Procedure 41(a)(1)(A)(i),

4 Plaintiffs Casina Butler and Benson Pai hereby voluntarily dismiss their claims against Defendant

5 Bic USA, Inc., without prejudice.

7 Dated: August 30, 2024            **BURSOR & FISHER, P.A**.

8                                      By:    */s/ L. Timothy Fisher*
9                                             L. Timothy Fisher

10                                 L. Timothy Fisher (State Bar No. 191626)
                                  Emily A. Horne (State Bar No. 347723)
11                                 Ines Diaz Villafana (State Bar No. 354099)
                                  1990 North California Blvd., 9th Floor
12                                 Walnut Creek, CA  94596
                                  Telephone: (925) 300-4455
13                                 Facsimile:  (925) 407-2700
                                  Email:  ltfisher@bursor.com
14                                                 ehorne@bursor.com
                                                idiaz@bursor.com
15
                                *Attorneys for Plaintiffs*